JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ALLEN WILLIAMS, et al., | CV 20-4272 PA (GJSx) |
| Plaintiff, | JUDGMENT |
| v. | |
| ZHEJIANG HUAHAI PHARMACEUTICAL CO., LTD., et al., | |
| Defendants. | |

Pursuant to the Court's June 2, 2020 Order dismissing this action for lack of prosecution and for failure to comply with a Court order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED:  June 2, 2020

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE